DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. CONNELLY

No. 210P94

Case below: 114 N.C.App. 269

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 September 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

STATE v. FISHER

No. 62A93

Case below: 336 N.C. 684

Motion by defendant for reconsideration of the decision of this Court and temporary stay of mandate denied 8 September 1994.

STATE v. HAUSER

No. 350PA94

Case below: 115 N.C.App. 431

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 8 September 1994.

STATE v. HUGHES

No. 288P94

Case below: 114 N.C.App. 742

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

STATE v. ROBINSON

No. 381P94

Case below: 115 N.C.App. 358

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.